

**Entered on Docket
November 18, 2011**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

DARBY LAW PRACTICE, LTD.
KEVIN A. DARBY, NV SB#7670
TRICIA M. DARBY, NV SB#7956
TYLER M. ELCANO, NV SB#10578
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile:  (775) 996-7290
kevin@darbylawpractice.com

### UNITED STATES BANKRUPTCY COURTDISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DWIGHT MILLARD,<br><br>　　　　　　　　　Debtor. | Case No.:   BK-N-11-50677-gwz;<br>Chapter 11<br><br>**Jointly Administered with:** |
| In re:<br><br>CARSON CITY PLAZA, LLC.,<br><br>　　　　　　　　　Debtor. | Case No.: BK-N-11.50439-gwz<br>Chapter 11 |
| In re:<br><br>STANTON DEVELOPMENT, INC.,<br><br><br><br>　　　　　　　　　Debtor. | Case No.: BK-N-11-50438-gwz<br>Chapter 11<br><br>**ORDER GRANTING SUBSTANTIVE CONSOLIDATION OF THE CHAPTER 11 CASES OF DWIGHT MILLARD AND SANDRA PAGE MILLARD AND; JOINT ADMINISTRATION OF THE CHAPTER 11 CASES OF DWIGHT MILLARD, CARSON CITY PLAZA, LLC, STANTON PARK DEVELOPMENT, INC. AND SANDRA PAGE MILLARD**<br><br>Hearing Date:  November 9, 2011<br>Hearing Time: 10:00 a.m. |

Upon the motions of Debtor Dwight Millard Case No.: BK-N-11-50677-gwz and Debtor,

Sandra Page Millard Case No.: BK-N-11-52679-gwz, each filed on September 26, 2011 for substantive consolidation of their respective chapter 11 bankruptcy cases (the "Motion"); this court having heard oral argument at a properly noticed hearing, considered the papers and pleadings filed herein, and having determined good cause appearing; it is hereby

ORDERED the Motion is GRANTED; the chapter 11 cases of Dwight Millard and Sandra Page Millard are hereby substantively consolidated into a single combined and consolidated case under Case No.: BK-N-11-50677-gwz as lead case; combining the debts, creditors, and assets of the individual cases of Dwight Millard and Sandra Page Millard into a single consolidated matter.

ORDERED, upon the recommendation of this Court, the chapter 11 case of Sandra Page Millard shall also be jointly administered with the presently jointly administered chapter 11 cases of Dwight Millard, Carson City Plaza, LLC and Stanton Park Development, Inc. (the "Jointly Administered Cases") for procedural purposes only; all further pleadings, motions and papers shall be filed in and further docketed under the present lead case of Dwight Millard Case No.: BK-N-11-50677-gwz; Debtors shall maintain one (1) consolidated docket, service list and file. The caption of the Jointly Administered Cases shall read as set forth in Exhibit A attached hereto.

IT IS SO ORDERED.

Submitted by:

 /s/ Kevin A. Darby
KEVIN A. DARBY, ESQ.
Darby Law Practice, Ltd.
4777 Caughlin Parkway
Reno, NV 89519
Attorney for Debtors

APPROVED:

By: _William B. Cossitt_

Attorney for Acting United States Trustee
August B. Landis

KEVIN A. DARBY, NV SB#7670
TRICIA M. DARBY, NV SB#7956
TYLER M. ELCANO, NV SB#10578
Darby Law Practice, Ltd.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile:  (775) 996-7290
kevin@darbylawpractice.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>DWIGHT MILLARD,<br><br>**Substantively Consolidated With:**<br><br>SANDRA PAGE MILLARD,<br>         Debtor. | Case No.:  BK-N-11-50677-gwz;<br>Chapter 11: **LEAD CASE**<br><br><br><br>Case No.:  BK-N-11-52679-gwz<br><br>**Jointly Administered With:** |
| --- | --- |
| In re:<br><br>CARSON CITY PLAZA, LLC.,<br><br>         Debtor. | Case No.: BK-N-11.50439-gwz<br>Chapter 11 |
| In re:<br><br>STANTON DEVELOPMENT, INC.,<br><br><br>         Debtor. | Case No.: BK-N-11-50438-gwz<br>Chapter 11<br><br>Hearing Date:<br>Hearing Time: |

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____ The Court has waived the requirement of approval under LR 9021.

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated on said order.

___X___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

DATED this day of 15th day of November, 2011.    DARBY LAW PRACTICE, LTD.

By: ___/s/ Kevin A. Darby_____
KEVIN A. DARBY, ESQ.
Attorney for Debtor and
Debtor in Possession